**92–810.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County,* Nos. 91AP–166 and 91AP–441. Reported at 64 Ohio St.3d 1410, 593 N.E.2d 1. On motion for rehearing. Rehearing denied.
H. BROWN, J., not participating.

**92–1303.** Stagg v. Riddlebarger. *Licking County,* No. CA–3706. Reported at 65 Ohio St.3d 1435, 600 N.E.2d 679. On motion for rehearing. Rehearing denied.
WRIGHT, J., dissents.

**92–1307.** State v. Austin. *Mahoning County,* No. 87 C.A. 163. Reported at 65 Ohio St.3d 1430, 600 N.E.2d 675. On motion for rehearing. Rehearing denied.

**92–1338.** Baker v. Fairview Gen. Hosp. *Cuyahoga County,* No. 63128. Reported at 65 Ohio St.3d 1430, 600 N.E.2d 675. On motion for rehearing. Rehearing denied.

**92–1378.** Burk v. State. *Cuyahoga County,* No. 62729. Reported at 65 Ohio St.3d 1431, 600 N.E.2d 675. On motion for rehearing. Rehearing denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–1417.** Bross v. Smith. *Butler County,* Nos. CA90–11–217 and CA91–04–067. Reported at 65 Ohio St.3d 1431, 600 N.E.2d 676. On motion for rehearing. Rehearing denied.
H. BROWN, J., dissents.

**92–1487.** Hall v. Marion Power Shovel, Inc. *Marion County,* No. 9–92–2. Reported at 65 Ohio St.3d 1443, 600 N.E.2d 685. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.

**92–1539.** Reddington v. Fireman's Fund Ins. Co. *Mahoning County,* No. 91 C.A. 117. Reported at 65 Ohio St.3d 1444, 600 N.E.2d 686. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.

**92–1549.** State v. Kondratuk. *Cuyahoga County,* No. 60800. Reported at 65 Ohio St.3d 1441, 600 N.E.2d 683. On motion for rehearing. Rehearing denied.

**92–1557.** Tillimon v. Zoll–Okuley. *Lucas County,* No. L–91–263. Reported at 65 Ohio St.3d 1444, 600 N.E.2d 686. On motion for rehearing. Rehearing denied.
RESNICK, J., not participating.

**92–1584.** State ex rel. Palmer v. Franklin Cty. Common Pleas Court. *Franklin County,* No. 91AP–970. Reported at 65 Ohio St.3d 1429, 600 N.E.2d 674. On motion for rehearing. Rehearing denied.

**92–1637.** Walden v. State. *Franklin County,* No. 91AP–1147. Reported at 65 Ohio St.3d 1445, 600 N.E.2d 686. On motion for rehearing. Rehearing denied.

**92–1652.** Hoover v. Metro. Property & Liability Ins. Co. *Lucas County,* No. L–91–289. Reported at 65 Ohio St.3d 1445, 600 N.E.2d 686. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.

**92–1690.** Tillmon v. Jankowski. *Lucas County,* No. L–91–262. Reported at 65 Ohio St.3d 1441, 600 N.E.2d 684. On motion for rehearing and on motion to remand. Rehearing denied and motion to remand denied.
RESNICK, J., not participating.

**92–1785.** State v. Hamilton. *Summit County,* No. 14177. Reported at 65 Ohio St.3d 1440, 600 N.E.2d 682. On motion for rehearing. Rehearing denied.
RESNICK, J., not participating.

**92–1930.** Steinke v. Koch Fuels, Inc. *Franklin County,* No. 92AP–17. Reported at 65 Ohio St.3d 1440, 600 N.E.2d 682. On motion for rehearing. Rehearing denied.